# Court of Appeals
# of the State of Georgia

ATLANTA,      June 02, 2014

*The Court of Appeals hereby passes the following order:*

**A14D0368. JAMES E. THOMPSON v. THE STATE.**

In February 2007, James Thompson pleaded guilty to charges of aggravated stalking and terroristic threats against his ex-wife. Since then, Thompson has filed numerous applications for discretionary appeal with this Court in which he failed to comply with Court of Appeals Rule 6, which requires that documents filed with this Court contain a proper certificate of service.[1]

On July 10, 2013, we dismissed Thompson's discretionary application in Case Number A13D0431. In our order, we noted that Thompson failed to include a proper certificate of service: "The Clerk of this Court repeatedly advised Thompson of this deficiency, but he has continued to supply certificates which do not reflect service on opposing counsel. His filing was docketed as an application in order to allow us to address this deficiency in a formal order."

On May 9, 2014, Thompson filed this application for discretionary appeal. Once again, however, Thompson has failed to comply with the certificate of service requirements. His certificate of service indicates that his application was served on this Court and the Gwinnett Clerk of Court. Although the certificate indicates that copies were sent to Schrader and D. Porter, no mailing address was provided for either individual. As before, we docketed this application for the sole purpose of

---

[1] This rule provides that a certificate of service "shall be shown by written acknowledgment, certificate of counsel or affidavit of server, to include the name and complete mailing address of all opposing counsel."

addressing the deficiency and imposing sanctions.[2]

Accordingly, pursuant to Court of Appeals Rule 15 (b), this Court hereby assesses a penalty of $500.00 against James E. Thompson based on his repeated violations of this Court's rules and orders. Because we are unable to accept an application that does not comply with Court of Appeals Rule 6, this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,* 06/02/2014
     *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*

---

[2] Under Court of Appeals Rule 6, "[a]ny document without a certificate of service shall not be accepted for filing." Accordingly, this Court was authorized to return the application to Thompson without docketing it.